UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MOSLEY,<br><br>               Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC.,<br>STONELEDGE FURNITURE, LLC,<br>and DOES 1 to 25, inclusive,<br><br>               Defendants. | Case No.  1:18-cv-00557-DAD-SAB<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE THE NON-EXPERT DISCOVERY CUT-OFF DEADLINE |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the non-expert discovery cut-off deadline is continued to March 15, 2019 for the limited purpose of conducting the depositions of Zeus Saavedra and Denny Barrera.  The cut-off for all other non-expert discovery remains February 22, 2019.

IT IS SO ORDERED.

Dated:  **February 5, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308