# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MOSLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., et al.,<br><br>    Defendants. | Case No. 1:18-cv-00557-SAB<br><br>ORDER RE JOINT STIPULATION TO CONTINUE THE EXPERT DISCOVERY CUT-OFF DEADLINE<br><br>(ECF No. 19) |

Finding that good cause exists to continue the expert discovery deadline, IT IS HEREBY ORDERED that the expert discovery cut-off deadline is continued to a date 21 days following the Court's order on Defendants' currently-pending Motion for Summary Judgment, or June 30, 2019 (30 days prior to trial), whichever is earlier, for the deposition of Parley Madsen III, M.D. Apart from the deposition of Parley Madsen III, M.D., the expert discovery cutoff remains April 12, 2019. All other aspects of the scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **April 3, 2019**

                                                UNITED STATES MAGISTRATE JUDGE