# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MOSLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., et al.,<br><br>    Defendants. | Case No. 1:18-cv-00557-SAB<br><br>ORDER RE STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE<br><br>(ECF No. 27) |

On April 3, 2019, pursuant to the parties' stipulation, the Court ordered the expert discovery cutoff deadline to be extended to the earlier of either: (1) twenty-one (21) days after the Court's order on Defendants' motion for summary judgment; or (2) June 30, 2019. (ECF No. 20.) On May 31, 2019, the Court entered an order granting in part and denying in part Defendants' motion for summary judgment. (ECF No. 25.) Thus, the current expert discovery cutoff deadline is June 21, 2019. On June 13, 2019, the parties filed a stipulation requesting the expert discovery cutoff deadline be extended until July 5, 2019, for the sole purpose of completing the deposition of expert Parley Madsen III. (ECF No. 27.)

*///*

*///*

*///*

*///*

1

Accordingly, IT IS HEREBY ORDERED that the expert discovery cutoff deadline is extended until July 5, 2019, for the sole purpose of completing the deposition of expert Parley Madsen III.

IT IS SO ORDERED.

Dated: **June 13, 2019**

_____
UNITED STATES MAGISTRATE JUDGE