1
2
3
4
5
6
7
# UNITED STATES DISTRICT COURT
8
## EASTERN DISTRICT OF CALIFORNIA
9
10

| | |
|---|---|
| JAMES MOSLEY, | Case No. 1:18-cv-00557-SAB |
| Plaintiff, | ORDER RE NOTICE OF TENTATIVE SETTLEMENT AGREEMENT AND SETTING SETTLEMENT STATUS CONFERENCE |
| v. | |
| ASHLEY FURNITURE INDUSTRIES, INC., et al., | (ECF No. 42) |
| Defendants. | |

11
12
13
14
15
16

17   On July 19, 2019, the parties filed a stipulation notifying the Court that the parties have
18  reached a tentative settlement agreement in this matter.  (ECF No. 42.)  The parties request
19  approximately sixty days to file a request for dismissal, and request the Court set a settlement
20  status conference in late September of 2019.  (Id.)

21   Accordingly, IT IS HEREBY ORDERED that:

22   1.   All pending matters and dates are VACATED;

23   2.   A settlement status conference is set for September 24, 2019, at 11:00 a.m. in
24        Courtroom 9;

25   3.   The parties shall file a joint settlement status report seven (7) days prior to the
26        settlement status conference in the event the case has not been dismissed; and

27  ///
28  ///

4. The Court shall vacate the settlement status conference in the event the parties file a joint request for dismissal in advance of the settlement status conference.

IT IS SO ORDERED.

Dated: **July 19, 2019**

_____
UNITED STATES MAGISTRATE JUDGE