# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MOSLEY,<br><br>    Plaintiff,<br><br>v.<br><br>STONELEDGE FURNITURE, LLC,<br><br>    Defendant. | Case No. 1:18-cv-00557-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND VACATING SEPTEMBER 24, 2019 HEARING<br><br>(ECF No. 44) |

On August 28, 2019, a stipulation was filed dismissing this action with prejudice with each party to bear its own costs and fees. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a). IT IS FURTHER ORDERED that the hearing set for September 24, 2019 is VACATED and the parties are not required to appear on that date.

IT IS SO ORDERED.

Dated: **August 29, 2019**

UNITED STATES MAGISTRATE JUDGE

1